# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 MAY 29 FH 4:02

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-cr-01513-WQH |
| Plaintiff, | BY___*van*___ |
| vs. | **JUDGMENT OF DISMISSAL** |
| SPIROS ROMENSAS, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

18:2113(a);18:2 - Bank Robbery and Aiding and Abetting (1-2)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/25/12

Nita L. Stormes
U.S. Magistrate Judge